# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00675-CV

**Jane Matyastik, Appellant**

**v.**

**The City of Cameron, Texas, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. 30,923, HONORABLE ED MAGRE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jane Matyastik filed her notice of appeal on November 30, 2009. Matyastik also filed a motion for extension of time to file her brief on May 17, 2010. This Court granted her request on May 21, 2010. On June 29, 2010, Matyastik filed a second motion for extension of time to file her brief, which this Court granted on the following day. When granting her request, this Court specified that her brief was due on July 16, 2010. Matyastik did not file her brief by the deadline specified, and on July 29, 2010, this Court sent her a notice that her brief was overdue and warned her that her appeal may be dismissed for want of prosecution if "this Court does not receive a satisfactory response to this notice on or before **August 09, 2010**." To date, Matyastik has not filed a response to our late-brief notice or an appellant's brief. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   September 14, 2010